# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 5/20/2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/20/2015 8:55:41 AM
CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

TO:      1ST COURT OF APPEALS

From:   **Deputy Clerk: MICHELLE LOPEZ**
        **Chris Daniel, District Clerk**
        **Harris County, T E X A S**

**CAUSE:**   2014-59752

**VOLUME _____ PAGE _____ OR IMAGE #** 65257502

**DUE** 8/28/2015          **ATTORNEY** 05243700

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 4/30/2015

**MOTION FOR NEW TRIAL DATE FILED** 5/18/2015

**REQUEST TRANSCRIPT DATE FILED** 5/19/2015

**NOTICE OF APPEAL DATE FILED** 5/18/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 120

**FILE ORDERED: YES ☐ NO ☒ IMAGED FILED: YES ☒ NO ☐**

**CODES FOR NOTICE OF APPEAL: BC, C, O**

CHRIS DANIEL
Harris County, District Clerk

By: __/s/MICHELLE LOPEZ__
        **MICHELLE LOPEZ, Deputy**

BC       NOTICE OF APPEAL FILED
BG       NOTICE OF APPEAL FILED – GOVERNMENT
C        JUDGMENT BEING APPEALED
D -      ACCELERATED APPEAL
OA       NO CLERK'S RECORD REQUEST FILED
O        CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA       AMENDED NOTICE OF APPEAL

5/18/2015 12:38:08 PM
Chris Daniel - District Clerk Harris County
Envelope No. 5320663
By: Phyllis Washington
Filed: 5/18/2015 12:38:08 PM

CAUSE NO 2014-59752

| | | |
|---|---|---|
| CCI SERVICES, CORP., | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| NURIA MANDJE F/K/A NURIA M. | § | |
| CARACCIOLO, | § | |
| | § | |
| Defendant | § | 11TH JUDICIAL DISTRICT |

## NOTICE OF ACCELERATED INTERLOCUTORY APPEAL

Pursuant to TEX. R. APP. P. 26.1(b) and TEX. CIV. PRAC. & REM CODE §51.014(7), Defendant Nuria Mandje files this Notice of Accelerated Interlocutory Appeal of the attached interlocutory order dated April 30, 3015, denying Defendant's Special Appearance.

RESPECTFULLY SUBMITTED,

THE CUNNINGHAM LAW FIRM

*/s/Scott Douglas Cunningham*
SCOTT DOUGLAS CUNNINGHAM
Texas Bar No. 05243700
7670 Woodway, Suite 110
Houston, Texas 77063
(713) 273-8950
(713) 273-8951 (Fax)
E-mail: sdc1776@peoplepc.com

ATTORNEY FOR DEFENDANT
NURIA MANDJE F/K/A
NURIA M. CARACCIOLO

1

L:\Mandje\Pleadings\Notice of Interloc Appeal\Notice of Accelerated Interlocutory Appeal.wpd

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all attorneys of record and/or interested parties by one of the following methods: electronically through the Court's electronic filing manager; in person; by commercial delivery service; by fax; or by email on this the 18th day of May, 2015.

Matthew A. Kornhauser
T. Michael Ballases
HOOVER SLOVACEK, LLP
5051 Westheimer Rd., Suite 1200
Houston, Texas 77056
(713) 977-5395 (fax)
Kornhauser@hooverslovacek.com
Ballases@hooverslovacek.com

_/s/ Scott Douglas Cunningham_
SCOTT DOUGLAS CUNNINGHAM

CAUSE NO. 2014-59752

| | | |
|---|---|---|
| CCI SERVICES CORP.,<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| VS. | §<br>§ | HARRIS COUNTY, TEXAS |
| NURIA MANDJE F/K/A NURIA M.<br>CARACCIOLO A/K/A NURIA MANDJE<br>DE CASTRO,<br>Defendant. | §<br>§<br>§<br>§<br>§ | 11ᵗʰ JUDICIAL DISTRICT |

## FINAL JUDGMENT

On April 13, 2015, this Court considered CCI Services Corp.'s ("Plaintiff") Motion for Default Judgment against Nuria Mandje, formerly known as Nuria M. Caracciolo, and also known as Nuria Mandje De Castro ("Defendant"). Previously, on March 16, 2015, the Court orally granted interlocutory judgment as to liability, in favor of Plaintiff. Subsequently, on March 19, 2015, a proposed Order for Interlocutory Judgment as to liability was submitted to the Court and the Court signed the order. Plaintiff sent Notice of the April 13, 2015 hearing to all parties and legal counsel to advise them of same. The Court previously made certain finds which are stated herein.

The Court makes the following factual finds [a] Defendant was properly and lawfully served with Citation and process; [b] the return of Citation has been on file with the Clerk of this Court for more than ten (10) days exclusive of the date of filing and the date of judgment; [c] Defendant failed to appear and answer this lawsuit; [d] all conditions precedent necessary for judgment have been met by Plaintiff; [e] Defendant is liable to Plaintiff for all causes of action pled in Plaintiff's original petition on file with this Court; and [f] said motion should be granted and all relief requested by Plaintiff in its original petition is awarded. The Court further finds that [g] Defendant was hired by Plaintiff to perform certain consulting services, as described in more particularity in the parties'

171402-00003 TMB 4/12/2015 00956872.WPD 1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Consulting Services Agreement which has an effective date of June 4, 2012 (the "Consulting Agreement"), and in exchange, Plaintiff was to pay Defendant an hourly fee; [h] the Consulting Agreement was not amended or modified; [i] Plaintiff never bestowed or agreed to grant any "local partner" rights onto Defendant; and [j] Plaintiff paid to Defendant all monies required to be paid pursuant to the terms of the Consulting Agreement and satisfied all of Plaintiff's obligations under the Consulting Agreement. It is therefore,

~~ORDERED, ADJUDGED, AND DECREED that Defendant breached Consulting Agreement, which caused damage to Plaintiff. It is further,~~   *MDM*

~~ORDERED that Plaintiff is awarded judgment against Defendant, for damages, in the amount of $690,445.55. It is further~~

ORDERED that Plaintiff is awarded judgment against Defendant, for attorneys' fees in the amount of $24,819.10. It is further

ORDERED that if this case is appealed to the Court of Appeals then Plaintiff shall be awarded $25,500.00, from Defendant; and if a Motion for Rehearing or an Application for a Writ of Error is made to the Supreme Court, then Plaintiff shall be awarded $9,000.00 from Defendant; and if an appeal is made to the Texas Supreme Court, then Plaintiff shall be awarded $15,000.00 from Defendant. It is further

ORDERED that Plaintiff is awarded judgment against Defendant for costs of court plus post-judgment interest at the rate of five percent (5%). This is a final judgment.

SIGNED this _____ day of _____ **APR 3 0 2015** _____, 2015.

_____
JUDGE PRESIDING

CAUSE NO. 2014-59752

| | | |
|---|---|---|
| CCI SERVICES CORP. | § | IN THE DISTRICT COURT OF |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| NURIA MANDJE f/k/a NURIA M. | § | |
| CARACCIOLO | § | 11TH JUDICIAL DISTRICT |

## ORDER

It is hereby ORDERED that the Defendant's Special Appearance be denied.

APR 3 0 2015

Signed this ___ day of _____, 20___

_____
JUDGE PRESIDING

FILED
Chris Daniel
District Clerk

APR 3 0 2015

Time:_____ 10:47am
Harris County, Texas
By_____
Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CASE NUM: 201459752__ PJN> __  TRANS NUM: _____  CURRENT COURT: 11  PUB? _
CASE TYPE: CONTRACT                     CASE STATUS: DISPOSED (FINAL)
STYLE: CCI SERVICES CORP (IS A DELAWARE  VS MANDJE, NURIA (FKA NURIA M CARACC
==============================================================================
                    **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
  NUM    NUMBER                                          STAT
_     00003-0001 DEF        CARACCIOLO, NURIA M (FKA NURIA  D
_     00002-0001 DEF        MANDJE, NURIA (FKA NURIA M CAR  D
_     00001-0001 PLT 24036179 CCI SERVICES CORP (IS A DELAWA  D  BALLASES, THO




==> (3) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP